M. A. Morrison, appellant, v. Mary E. Watson, appellee. Gen. No. 8,931.

Opinion filed January 17, 1936.

C. M. Heinlein, for appellant; A. C. & B. F. Anderson, of counsel. Jas. Y. Kelly, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.